UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMIAH JAMES PETLIG,

                Plaintiff,

v.

SCOTT CARTER-ELDRED, et al.,

                Defendants,

CASE NO. C18-0721-MJP-MAT

ORDER RE: PENDING MOTION FOR SUMMARY JUDGMENT

        Defendant Officer C. Harraway filed a Motion for Summary Judgment. (Dkt. 32.) However, the motion relies on an outdated standard for addressing a pretrial detainee's claim of deliberate indifference in medical treatment. (*See* Dkt. 32 at 5-6); *Gordon v. County of Orange*, 888 F.3d 1118, 1122-25 (9th Cir. 2018) (courts now evaluate a pretrial detainee's Fourteenth Amendment claim alleging a violation of the right to adequate medical care under an objective deliberate indifference standard, not the subjective deliberate indifference standard applied to claims brought by a convicted prisoner under the Eighth Amendment). The Court, therefore, finds and orders as follows:

        (1)    The Court herein STRIKES the noting date for defendant's pending motion for summary judgment (Dkt. 32). Defendant shall, on or before **April 19, 2019**, submit a revised

ORDER
PAGE - 1

motion for summary judgment applying the proper standard to plaintiff's claim of deliberate indifference, as well as addressing the impact, if any, in relation to defendant's assertion of qualified immunity. The noting of the motion, timeframe for filing a response and reply, and all other filing criteria shall be in accordance with the information previously set forth in the Court's Pretrial Scheduling Order. (*See* Dkt. 26 at 2-3.)

The Court will consider the revised motion in place of the previously filed motion for summary judgment. The Court will not, however, disregard plaintiff's submissions in opposition to defendant's motion. Further, given the significant number of those submissions (*see* Dkts. 38-39, 43-44, 46, 48-50, 53), **the Court herein directs plaintiff to submit no more than a single brief, accompanied by a revised declaration and/or exhibits only as may be needed, in opposition to the revised motion**.

(2) The Clerk is directed to send to a copy of this Order to the parties and to Honorable Marsha J. Pechman.

DATED this <u>29th</u> day of March, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 2